IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:18-cr-00593-HZ |
| Plaintiff, | ORDER GRANTING MOTION TO REDUCE SENTENCE |
| v. | |
| **KIMBERLY JONES,** | |
| Defendant. | |

HERNÁNDEZ, Chief Judge:

This matter is before the Court on a joint motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served, effective 72 hours after the entry of an amended judgment. The Court concludes that the defendant's release pursuant to this order will not pose a danger to any other person or the community. This sentence reduction is consistent with the currently applicable U.S. Sentencing Commission policy statements.

The Court therefore GRANTS the Joint Motion to Reduce Sentence.

Page 1    ORDER GRANTING MOTION TO REDUCE SENTENCE

IT IS HEREBY ORDERED that an amended judgment and commitment order shall be prepared and entered forthwith amending the term of imprisonment to time served, effective 72 hours after the entry of the amended judgment.

Dated this __20__ day of May, 2021.

*Marco Hernandez*
Hon. Marco A. Hernández
Chief United States District Judge